AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __California__

| | |
|---|---|
| USA<br>Plaintiff (s),<br>V.<br>Andres Flores-Rodriguez<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:21-CR-00412-DMS |

Notice is hereby given that, subject to approval by the court, __Andres Flores-Rodriguez__ substitutes
(Party (s) Name)

__Anna R. Yum__, State Bar No. __240009__ as counsel of record in
(Name of New Attorney)

place of __Sara Marie Peloquin__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Law Offices of Anna R. Yum |
| Address: | 501 W. Broadway, Ste 1660, San Diego CA 92101 |
| Telephone: | (619) 233-4433   Facsimile  (866) 407-7725 |
| E-Mail (Optional): | ayum@annayumlaw.com |

I consent to the above substitution.

Date: __02/24/2021__     _Andres F_
(Signature of Party (s))

I consent to being substituted.

Date: __02/24/2021__     Sara M. Peloquin
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: __2/23/2021__     (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __February 26, 2021__     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]